United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 17-18146-amc
Michael J. Pollack                                        Chapter 7
Elaine G. Pollack
       Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett            Page 1 of 2         Date Rcvd: Dec 21, 2017
                              Form ID: 139               Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
```
db/jdb         Michael J. Pollack,    Elaine G. Pollack,    2089 N. Line Street,    Lansdale, PA 19446-1535
14023224       BANK OF AMERICA,    PO Box 45144,    Jacksonville, FL 32232-5144
14023226       BANKS & BANKS,    3038 Church Rd,    Lafayette Hill, PA 19444-1717
14023229       COVENANT BANK,    60 N Main St,    Doylestown, PA 18901-3730
14023231       KML Law Group, P.C.,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14023233       NATIONSTAR MORTGAGE LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14023234       Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
14023236       RBS CITIZENS NA,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Dec 22 2017 01:35:29     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:34:54     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2017 01:35:28     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +EDI: RMSC.COM Dec 22 2017 01:23:00     Synchrony Bank,   c/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
14023225       EDI: BANKAMER.COM Dec 22 2017 01:23:00     BANK OF AMERICA,    PO Box 982238,
                El Paso, TX 79998-2238
14023227       EDI: CHASE.COM Dec 22 2017 01:23:00     CHASE BANK USA NA,    PO Box 15298,
                Wilmington, DE 19850-5298
14023228       EDI: CHASE.COM Dec 22 2017 01:23:00     CHASE/BANK ONE CARD SERVICE,    PO Box 15298,
                Wilmington, DE 19850-5298
14023230       EDI: IRS.COM Dec 22 2017 01:23:00     INTERNAL REVENUE SERVICE,    PO Box 7346,
                Philadelphia, PA 19101-7346
14023232       EDI: CBSKOHLS.COM Dec 22 2017 01:23:00     KOHLS DEPARTMENT STORE,    PO Box 3115,
                Milwaukee, WI 53201-3115
14023235       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:34:54     PA DEPARTMENT OF REVENUE,
                BANKRUPTCY DIVISION,    PO Box 280946,    Harrisburg, PA 17128-0946
14024256      +EDI: PRA.COM Dec 22 2017 01:23:00     PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14023237       EDI: SEARS.COM Dec 22 2017 01:23:00     SEARS/CBNA,   PO Box 6282,
                Sioux Falls, SD 57117-6282
14023238       EDI: CITICORP.COM Dec 22 2017 01:23:00     THE HOME DEPOT/CBNA,    PO Box 6497,
                Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
```
              DANIEL P. MUDRICK    on behalf of Joint Debtor Elaine G. Pollack dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DANIEL P. MUDRICK    on behalf of Debtor Michael J. Pollack dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
```

```
District/off: 0313-2            User: Antoinett            Page 2 of 2            Date Rcvd: Dec 21, 2017
                                Form ID: 139               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                        TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Michael J. Pollack and Elaine G. Pollack
2089 N. Line Street
Lansdale, PA 19446−1535

Debtor(s)

Case No: 17−18146−amc

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−1484
xxx−xx−6812

___

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

*NOTICE IS GIVEN THAT:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 3/24/18

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 12/21/17

12
Form 139