# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**MICHAEL J. POLLACK**<br>**ELAINE G. POLLACK,**<br><br>　　　　　　　Debtors. | Chapter 7<br><br>Case No. 17-18146-AMC |

## CERTIFICATE OF NO RESPONSE

On December 21, 2017, Gary F. Seitz, the Chapter 7 Trustee (the "Trustee") for the above-captioned case of the debtors (the "Debtors") filed the Chapter 7 Trustee's Application to Employ Gellert, Scali, Busenkell & Brown LLC as general counsel to the Trustee (the "Application"). On December 21, 2017, the Trustee also filed the Notice of the Application. Responses to the Application were due on or before December 29, 2017. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Application be entered at the Court's earliest convenience.

Dated: 01/02/2018　　　　　　　　　GELLERT SCALI BUSENKELL & BROWN, LLC

　　　　　　　　　　　　　　　　　　By:　*/s/ Holly E. Smith*
　　　　　　　　　　　　　　　　　　　　　Holly E. Smith, Esquire
　　　　　　　　　　　　　　　　　　　　　601 Walnut Street, Suite 750 West
　　　　　　　　　　　　　　　　　　　　　The Curtis Center
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　Telephone: (215) 238-0010
　　　　　　　　　　　　　　　　　　　　　Facsimile: (215) 238-0016
　　　　　　　　　　　　　　　　　　　　　Email: hsmith@gsbblaw.com

　　　　　　　　　　　　　　　　　　　　　Counsel to the Chapter 7 Trustee