# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 ) |
| MICHAEL J. POLLACK<br>ELAINE G. POLLACK,<br>Debtors. | ) Case No. 17-18146-AMC ) ) ) |

## ORDER

AND NOW, upon consideration of the Application of Gary F. Seitz, the Chapter 7 Trustee, to Appoint Gellert Scali Busenkell & Brown LLC as General Counsel it is hereby

ORDERED AND DECREED that Gellert Scali Busenkell & Brown LLC is appointed as general counsel to the Chapter 7 Trustee. Compensation shall be allowed only after approval of an Application in procedural conformity with In re: Busy Beaver Building Centers, Inc., 19 F.3d 33 (3d Cir. 1994).

BY THE COURT:

Dated: **January 3, 2018**

ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Copies to:
Office of the U.S. Trustee
Gary F. Seitz, Chapter 7 Trustee
Creditors
Debtors