```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                            Case No. 17-18146-amc
Michael J. Pollack                                                Chapter 7
Elaine G. Pollack
         Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0313-2      User: Antoinett        Page 1 of 1            Date Rcvd: Jan 03, 2018
                          Form ID: pdf900        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db/jdb          Michael J. Pollack,    Elaine G. Pollack,    2089 N. Line Street,    Lansdale, PA   19446-1535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
              DANIEL P. MUDRICK    on behalf of Joint Debtor Elaine G. Pollack dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DANIEL P. MUDRICK    on behalf of Debtor Michael J. Pollack dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Trustee GARY F. SEITZ hsmith@gsbblaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) Chapter 7 |
| MICHAEL J. POLLACK<br>ELAINE G. POLLACK,<br>Debtors. | ) Case No. 17-18146-AMC |

**ORDER**

AND NOW, upon consideration of the Application of Gary F. Seitz, the Chapter 7 Trustee, to Appoint Gellert Scali Busenkell & Brown LLC as General Counsel it is hereby

ORDERED AND DECREED that Gellert Scali Busenkell & Brown LLC is appointed as general counsel to the Chapter 7 Trustee. Compensation shall be allowed only after approval of an Application in procedural conformity with In re: Busy Beaver Building Centers, Inc., 19 F.3d 33 (3d Cir. 1994).

BY THE COURT:

Dated: **January 3, 2018**

ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Copies to:
Office of the U.S. Trustee
Gary F. Seitz, Chapter 7 Trustee
Creditors
Debtors