# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MICHAEL J. POLLACK AND : | |
| ELAINE G. POLLACK                  : | CHAPTER 7 |
| : | |

| | |
|---|---|
| **COVENANT BANK** : | |
| **Creditor/Movant** : | |
| : | No. 17-18146-amc |
| vs. : | CHAPTER 7 |
| : | |
| **MICHAEL J. POLLACK** : | HEARING SCHEDULED FOR |
| **AND** : | JANUARY 31, 2018 AT 11:00 A.M. |
| **ELAINE G. POLLACK** : | COURTROOM 5 |
|    **Debtors** : | |
| : | UNITED STATES |
|    and : | BANKRUPTCY COURT |
| : | 900 MARKET STREET |
| **GARY F. SEITZ** : | SUITE 400 |
|    **Trustee** : | PHILADELPHIA, PA 19107 |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Covenant Bank has filed a Motion for Relief from the Automatic Stay under 11 U.S.C. §362(d) with the Court to terminate the automatic stay as to Covenant Bank with respect to the Debtors' real property located at 2089 N. Line Street, Lansdale, PA 19446 as permitted by the Mortgage on the above referenced real property, other applicable laws with respect to the Debtors' real property and to grant such other further relief as this Court may deem just and proper.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then by January 29, 2018 you or your attorney must do all of the following:

    a. file an answer explaining your position at:

        Clerk of the U.S. Bankruptcy Court
        UNITED STATES BANKRUPTCY COURT
        900 Market Street, Suite 400
        Philadelphia, PA 19107

1

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    b.   mail a copy to the Movant's attorney:

> David Banks, Esquire
> Banks & Banks
> 3038 Church Rd
> Lafayette Hill, PA 19444
> 610-940-3900 (phone)
> 610-940-0843 (fax)

    AND

    c.   mail a copy to the Trustee:

> Gary F. Seitz
> Gellert Scali Busenkell & Brown LLC
> The Curtis Center
> 601 Walnut Street
> Suite 750 West
> Philadelphia, PA 19106

2. If you or your attorney do not take the steps described in paragraphs 1(a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Hon. Judge Ashely M. Chan on January 31, 2018 at 11:00 A.M. in Courtroom 5 at the United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2830 to find out whether the hearing has been canceled because no one filed an answer.

*David Banks /s/*
By: _____
David Banks, Esquire
Attorney for Movant

2