## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 7** |
|  | ) |  |
| **MICHAEL J. POLLACK and** | ) | **Case No. 17-18146-amc** |
| **ELAINE G. POLLACK,** | ) |  |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

### ORDER

AND NOW, upon consideration of the Motion of COVENANT BANK for Relief from the

Automatic Stay (the "Motion") and any objections thereto, it is hereby

ORDERED, the Motion is DENIED.

BY THE COURT:

Dated: _____        _____
                                 ASHELY M. CHAN
                                 UNITED STATES BANKRUPTCY JUDGE

Copies to:
Office of the U.S. Trustee
Gary F. Seitz, Chapter 7 Trustee
Creditors
Debtors