# N THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHAEL J. POLLACK AND ELAINE G. POLLACK | : : : | CHAPTER 7 |
| COVENANT BANK<br>Creditor/Movant<br><br>vs.<br><br>MICHAEL J. POLLACK<br>AND<br>ELAINE G. POLLACK<br>   Debtors<br><br>and<br><br>GARY F. SEITZ<br>   Trustee | : : : : : : : : : : : : : : : : | No. 17-18146-amc |

### ORDER APPROVING STIPULATION RESOLVING COVENANT BANK'S MOTION FOR RELIEF

AND NOW, this  28th  day of  February , 2018, upon consideration of the Stipulation (the "Stipulation") filed by Covenant Bank , Gary F. Seitz, the Chapter 7 trustee for the estates of Michael J. Pollack and Elaine G. Pollack and Michael J. Pollack and Elaine G. Pollack it is hereby ORDERED that the Stipulation is APPROVED.

_____
Ashely M. Chan, U.S.B.J.

1