United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael J. Pollack  
Elaine G. Pollack  
     Debtors

Case No. 17-18146-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Feb 28, 2018  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.  
db/jdb         Michael J. Pollack,    Elaine G. Pollack,    2089 N. Line Street,    Lansdale, PA   19446-1535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:  
         DANIEL P. MUDRICK    on behalf of Joint Debtor Elaine G. Pollack dpmudrick@verizon.net, G30229@notify.cincompass.com  
         DANIEL P. MUDRICK    on behalf of Debtor Michael J. Pollack dpmudrick@verizon.net, G30229@notify.cincompass.com  
         DAVID BANKS    on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com  
         GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com  
         GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com  
         HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmith@gsbblaw.com  
         KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER KMcDonald@blankrome.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                         TOTAL: 9

N THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHAEL J. POLLACK AND | : | |
| ELAINE G. POLLACK | : | CHAPTER 7 |
| | : | |
| **COVENANT BANK** | : | |
| Creditor/Movant | : | |
| | : | No. 17-18146-amc |
| vs. | : | |
| | : | |
| MICHAEL J. POLLACK | : | |
| AND | : | |
| ELAINE G. POLLACK | : | |
| Debtors | : | |
| | : | |
| and | : | |
| | : | |
| GARY F. SEITZ | : | |
| Trustee | : | |

**ORDER APPROVING STIPULATION RESOLVING
COVENANT BANK'S MOTION FOR RELIEF**

AND NOW, this __28th__ day of __February__, 2018, upon consideration of the Stipulation (the "Stipulation") filed by Covenant Bank , Gary F. Seitz, the Chapter 7 trustee for the estates of Michael J. Pollack and Elaine G. Pollack and Michael J. Pollack and Elaine G. Pollack it is hereby ORDERED that the Stipulation is APPROVED.

_____
Ashely M. Chan, U.S.B.J.

1