**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 7** |
| **MICHAEL J. POLLACK** ) | |
| **ELAINE G. POLLACK,** ) | |
| ) | **Case No. 17-18146-AMC** |
| **Debtors.** ) | |
| ) | |

## PRAECIPE TO WITHDRAW

TO THE CLERK OF COURT

    Kindly withdraw the Trustee's Report of No Distribution that was filed in error today, March 7, 2018. This is an asset case and should remain open.

Dated: March 7, 2018    GELLERT SCLAI BUSENKELL & BROWN LLC

    /s/ Holly E. Smith
    Holly E. Smith (PA ID #203979)
    The Curtis Center
    601 Walnut Street, Suite 750 West
    Philadelphia, PA 19106
    Telephone: (215) 238-0010
    Facsimile: (215) 238-0016
    E-mail: hsmith@gsbblaw.com

*Counsel to the Chapter 7 Trustee*