Certificate Number: 17082-PAE-DE-030690824

Bankruptcy Case Number: 17-18146



17082-PAE-DE-030690824

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 9, 2018, at 7:25 o'clock AM MST, MICHAEL J POLLACK completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 9, 2018                By:    /s/Orsolya K Lazar

                                     Name:  Orsolya K Lazar

                                     Title: Executive Director