Certificate Number: 17082-PAE-DE-030690825

Bankruptcy Case Number: 17-18146



17082-PAE-DE-030690825

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 9, 2018, at 7:25 o'clock AM MST, ELAINE G POLLACK completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 9, 2018          By:   /s/Orsolya K Lazar

                                Name: Orsolya K Lazar

                                Title: Executive Director