IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MICHAEL J. POLLACK and<br>ELAINE G. POLLACK,<br><br>Debtors. | Chapter 7<br><br>Case No. 17-18146-amc |

## ORDER

AND NOW, upon consideration of the Application of the Chapter 7 Trustee to Retain BK Global Real Estate Services and Star Real Estate Group, Inc. to Procure Consented Public Sale Pursuant to 11 U.S.C. §§327, 328 and 330 it is hereby

ORDERED AND DECREED that BK Global Real Estate Services and Star Real Estate Group, Inc. are appointed to procure consented public sale. Compensation shall be allowed only after approval of an Application in procedural conformity with In re: Busy Beaver Building Centers, Inc., 19 F.3d 33 (3d Cir. 1994).

BY THE COURT:

_____
Dated: **April 5, 2018**           ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Copies to:
Office of the U.S. Trustee
Gary F. Seitz, Chapter 7 Trustee
Creditors
Debtors