United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-18146-amc
Michael J. Pollack                                                  Chapter 7
Elaine G. Pollack
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett         Page 1 of 2          Date Rcvd: Apr 05, 2018
                              Form ID: pdf900         Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2018.
```
db/jdb            Michael J. Pollack,    Elaine G. Pollack,    2089 N. Line Street,    Lansdale, PA  19446-1535
14023224          BANK OF AMERICA,    PO Box 45144,    Jacksonville, FL  32232-5144
14023225         ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  BANK OF AMERICA,    PO Box 982238,    El Paso, TX  79998-2238)
14023226          BANKS & BANKS,    3038 Church Rd,    Lafayette Hill, PA  19444-1717
14061497          Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
14077835         +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14023227          CHASE BANK USA NA,    PO Box 15298,    Wilmington, DE  19850-5298
14023228          CHASE/BANK ONE CARD SERVICE,    PO Box 15298,    Wilmington, DE  19850-5298
14023229          COVENANT BANK,    60 N Main St,    Doylestown, PA  18901-3730
14058901          Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14045043         +Covenant Bank,    182 N. Main Street,    Doylestown, PA 18901-3731
14023231          KML Law Group, P.C.,    701 Market St Ste 5000,    Philadelphia, PA  19106-1541
14023233          NATIONSTAR MORTGAGE LLC,    8950 Cypress Waters Blvd,    Coppell, TX  75019-4620
14023234          Northland Group,    PO Box 390846,    Minneapolis, MN  55439-0846
14023236          RBS CITIZENS NA,    1000 Lafayette Blvd,    Bridgeport, CT  06604-4725
14023237          SEARS/CBNA,    PO Box 6282,    Sioux Falls, SD  57117-6282
14023238          THE HOME DEPOT/CBNA,    PO Box 6497,    Sioux Falls, SD  57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14023230          E-mail/Text: cio.bncmail@irs.gov Apr 06 2018 01:51:07      INTERNAL REVENUE SERVICE,
                  PO Box 7346,    Philadelphia, PA  19101-7346
14023232          E-mail/Text: bnckohlsnotices@becket-lee.com Apr 06 2018 01:51:06     KOHLS DEPARTMENT STORE,
                  PO Box 3115,   Milwaukee, WI  53201-3115
14023235          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 06 2018 01:51:16     PA DEPARTMENT OF REVENUE,
                  BANKRUPTCY DIVISION,    PO Box 280946,    Harrisburg, PA  17128-0946
14024256         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 06 2018 01:52:35
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14076886         +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 06 2018 01:52:29
                  PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14076501         +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2018 01:52:36      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14067340         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 06 2018 01:52:29      Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2018 at the address(es) listed below:
```
          DANIEL P. MUDRICK    on behalf of Joint Debtor Elaine G. Pollack dpmudrick@verizon.net,
           G30229@notify.cincompass.com
          DANIEL P. MUDRICK    on behalf of Debtor Michael J. Pollack dpmudrick@verizon.net,
           G30229@notify.cincompass.com
          DAVID   BANKS    on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com
```

```
District/off: 0313-2                User: Antoinett              Page 2 of 2                    Date Rcvd: Apr 05, 2018
                                    Form ID: pdf900              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
         gfs@trustesolutions.net;hsmith@gsbblaw.com
        GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
        HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmith@gsbblaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
         bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) Chapter 7 |
| | ) |
| **MICHAEL J. POLLACK and** | ) Case No. 17-18146-amc |
| **ELAINE G. POLLACK,** | ) |
| | ) |
| **Debtors.** | ) |
| | ) |

**ORDER**

AND NOW, upon consideration of the Application of the Chapter 7 Trustee to Retain BK Global Real Estate Services and Star Real Estate Group, Inc. to Procure Consented Public Sale Pursuant to 11 U.S.C. §§327, 328 and 330 it is hereby

ORDERED AND DECREED that BK Global Real Estate Services and Star Real Estate Group, Inc. are appointed to procure consented public sale. Compensation shall be allowed only after approval of an Application in procedural conformity with In re: Busy Beaver Building Centers, Inc., 19 F.3d 33 (3d Cir. 1994).

BY THE COURT:

_____
Dated: **April 5, 2018**       ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Copies to:
Office of the U.S. Trustee
Gary F. Seitz, Chapter 7 Trustee
Creditors
Debtors

6