# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHAEL J. POLLACK AND ELAINE G. POLLACK | : : : | CHAPTER 7 |
| COVENANT BANK<br>Creditor/Movant<br><br>vs.<br><br>MICHAEL J. POLLACK AND ELAINE G. POLLACK<br>  Debtors<br><br>and<br><br>GARY F. SEITZ<br>  Trustee | : : : : : : : : : : : : : : : | No. 17-18146-amc<br><br>CHAPTER 7 |

## ORDER

AND NOW, this __18th__ day of __April__, 2018 upon filing of a Certification of Default by the Movant/Creditor, Covenant Bank, in accordance with the Stipulation of the above parties approved on February 28, 2018, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1979 (as amended (The Code), 11 U.S.C.§ 362, is modified as to allow Covenant Bank to proceed with a foreclosure action and Sheriff's Sale against the Debtors' real property located at 2089 N. Line Street, Lansdale, PA 19446.

The purchaser of said property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of said premises.

a) The relief granted by this ORDER shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.
b) The relief granted by this ORDER shall be effective immediately and shall not be subject to the ten day period set forth in Bankruptcy Rule 4001(a)(3).

FOR THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge