United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-18146-amc
Michael J. Pollack                                                      Chapter 7
Elaine G. Pollack
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett            Page 1 of 1            Date Rcvd: Apr 16, 2018
                                Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.
db/jdb          Michael J. Pollack,    Elaine G. Pollack,    2089 N. Line Street,    Lansdale, PA    19446-1535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2018 at the address(es) listed below:
              DANIEL P. MUDRICK    on behalf of Joint Debtor Elaine G. Pollack dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DANIEL P. MUDRICK    on behalf of Debtor Michael J. Pollack dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DAVID   BANKS    on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: MICHAEL J. POLLACK AND ELAINE G. POLLACK | CHAPTER 7 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER Creditor/Movant | No. 17-18146-amc |
| vs. | |
| MICHAEL J. POLLACK AND ELAINE G. POLLACK Debtors | |
| and | |
| GARY F. SEITZ Trustee | |

**STIPULATION RESOLVING TRUSTEE'S OBJECTION**
**TO NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S MOTION FOR RELIEF**

Gary F. Seitz, the Chapter 7 trustee (the "Trustee") for the estates of Michael J. Pollack and Elaine G. Pollack and NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Cooper")(collectively, the "Parties"), by and through their undersigned counsel, hereby enter into this stipulation (the "Stipulation"), and agree as follows:

**RECITALS**

WHEREAS, on December 4, 2017, Debtors filed a voluntary petition under Chapter 7 of Title 11 of the United States Code;

WHEREAS, Cooper holds a first mortgage ("Cooper Mortgage") against Debtors' residence located at 2089 N. Line Street, Lansdale, Pa ("Line Street");

1

WHEREAS, on or about January 11, 2018, Cooper filed a Motion for Relief from the Automatic Stay (the "Motion") in order to proceed with a foreclosure action against the Line Street property;

WHEREAS, the Trustee has filed an objection (the "Objection") to Cooper's Motion;

WHEREAS, the Parties have now reached an agreement resolving the Objection and the relief requested in the Motion;

NOW, THEREFORE, the Parties, intending to be legally bound hereby stipulate and agree as follows:

## AGREEMENT

1.) The Trustee shall have until July 8, 2018 to enter into an Agreement of Sale (the "Agreement of Sale") to sell the Line Street property.

2.) In the event the Trustee fails to deliver a fully executed copy of the Agreement of Sale to Cooper's attorney via e-mail by 11:59 PM on July 8, 2018, Cooper may file a Certification of Default of this Stipulation with the Court and the Court shall enter an Order granting Cooper relief from the automatic stay without further hearing.

3.) In the event the Trustee enters into an Agreement of Sale prior to any future sheriff's sale of the Line Street property, Cooper agrees to consider accepting the proceeds of the proposed sale in lieu of proceeding with the sheriff's sale. Cooper, however, has the right to reject the proceeds from the proposed sale if Cooper, in his sole discretion, determines that the proceeds are insufficient.

4.)    This Stipulation may be executed in counterparts and may be delivered by e-mail.  Any copy so executed and delivered (including delivery by e-mail), when taken with another executed copy, shall be considered and deemed an original hereof.

**AGREED TO THIS _____ DAY OF MARCH, 2018.**

/s/ Kevin McDonald
Kevin McDonald, Esquire
Attorney for NATIONSTAR MORTGAGE
LLC D/B/A MR. COOPER

/s/ Holly S. Miller
Holly S. Miller, Esquire
Attorney for Gary F. Seitz,
Chapter 7 Trustee

Approved by the Court this __16th__ day of __April__, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M. Chan

3