United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-18146-amc
Michael J. Pollack                                                    Chapter 7
Elaine G. Pollack
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett           Page 1 of 1           Date Rcvd: Apr 18, 2018
                               Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2018.
db/jdb         Michael J. Pollack,    Elaine G. Pollack,    2089 N. Line Street,    Lansdale, PA   19446-1535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2018 at the address(es) listed below:
              DANIEL P. MUDRICK    on behalf of Joint Debtor Elaine G. Pollack dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DANIEL P. MUDRICK    on behalf of Debtor Michael J. Pollack dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DAVID   BANKS    on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHAEL J. POLLACK AND ELAINE G. POLLACK | : : : | CHAPTER 7 |
| COVENANT BANK Creditor/Movant | : : : : | No. 17-18146-amc |
| vs. | : : | CHAPTER 7 |
| MICHAEL J. POLLACK AND ELAINE G. POLLACK  Debtors | : : : : : | |
| and | : : | |
| GARY F. SEITZ  Trustee | : : | |

### ORDER

AND NOW, this __18th__ day of __April__, 2018 upon filing of a Certification of Default by the Movant/Creditor, Covenant Bank, in accordance with the Stipulation of the above parties approved on February 28, 2018, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1979 (as amended (The Code), 11 U.S.C. § 362, is modified as to allow Covenant Bank to proceed with a foreclosure action and Sheriff's Sale against the Debtors' real property located at 2089 N. Line Street, Lansdale, PA 19446.

The purchaser of said property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of said premises.

a) The relief granted by this ORDER shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.
b) The relief granted by this ORDER shall be effective immediately and shall not be subject to the ten day period set forth in Bankruptcy Rule 4001(a)(3).

FOR THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge