United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-18146-amc
Michael J. Pollack                                                    Chapter 7
Elaine G. Pollack
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 2              Date Rcvd: Apr 23, 2018
                            Form ID: 139              Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2018.
db/jdb          Michael J. Pollack,    Elaine G. Pollack,    2089 N. Line Street,    Lansdale, PA 19446-1535
r              +BK Global Real Estate Services,    1095 Broken Sound Parkway, N.W.,   Suite 100,
                 Boca Raton, FL 33487-3503
14023224        BANK OF AMERICA,    PO Box 45144,   Jacksonville, FL 32232-5144
14023226        BANKS & BANKS,    3038 Church Rd,   Lafayette Hill, PA 19444-1717
14077835       +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
14023229        COVENANT BANK,    60 N Main St,   Doylestown, PA 18901-3730
14045043       +Covenant Bank,    182 N. Main Street,    Doylestown, PA 18901-3731
14023231        KML Law Group, P.C.,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14023233        NATIONSTAR MORTGAGE LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14023234        Northland Group,    PO Box 390846,   Minneapolis, MN 55439-0846
14023236        RBS CITIZENS NA,    1000 Lafayette Blvd,   Bridgeport, CT 06604-4725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Apr 24 2018 01:59:29     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 24 2018 01:59:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 24 2018 01:59:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14023225        EDI: BANKAMER.COM Apr 24 2018 05:53:00     BANK OF AMERICA,    PO Box 982238,
                 El Paso, TX 79998-2238
14061497        EDI: BANKAMER.COM Apr 24 2018 05:53:00     Bank Of America, N.A.,    PO BOX 31785,
                 Tampa, FL 33631-3785
14023227        EDI: CHASE.COM Apr 24 2018 05:53:00     CHASE BANK USA NA,    PO Box 15298,
                 Wilmington, DE 19850-5298
14023228        EDI: CHASE.COM Apr 24 2018 05:53:00     CHASE/BANK ONE CARD SERVICE,    PO Box 15298,
                 Wilmington, DE 19850-5298
14058901        EDI: BL-BECKET.COM Apr 24 2018 05:53:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
14023230        EDI: IRS.COM Apr 24 2018 05:53:00     INTERNAL REVENUE SERVICE,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14023232        EDI: CBSKOHLS.COM Apr 24 2018 05:53:00     KOHLS DEPARTMENT STORE,    PO Box 3115,
                 Milwaukee, WI 53201-3115
14023235        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 24 2018 01:59:09     PA DEPARTMENT OF REVENUE,
                 BANKRUPTCY DIVISION,    PO Box 280946,   Harrisburg, PA 17128-0946
14024256       +EDI: PRA.COM Apr 24 2018 05:53:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14076886       +EDI: RESURGENT.COM Apr 24 2018 05:53:00     PYOD, LLC its successors and assigns as assignee,
                 of Citibank, N.A.,    Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
14023237        EDI: SEARS.COM Apr 24 2018 05:53:00     SEARS/CBNA,    PO Box 6282,
                 Sioux Falls, SD 57117-6282
14076501       +EDI: RMSC.COM Apr 24 2018 05:53:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
14023238        EDI: CITICORP.COM Apr 24 2018 05:53:00     THE HOME DEPOT/CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
14067340       +EDI: AIS.COM Apr 24 2018 05:53:00     Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Covenant Bank,    182 N. Main St.,   Doylestown, PA 18901-3731
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
aty           ##+GELLERT SCALI BUSENKELL & BROWN, LLC,    913 North Market Street, 10th Floor,
                 Wilmington, DE 19801-4927
                                                                                              TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Stacey               Page 2 of 2            Date Rcvd: Apr 23, 2018
                              Form ID: 139               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2018 at the address(es) listed below:
              DANIEL P. MUDRICK    on behalf of Joint Debtor Elaine G. Pollack dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DANIEL P. MUDRICK    on behalf of Debtor Michael J. Pollack dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DAVID   BANKS    on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Michael J. Pollack and Elaine G. Pollack
2089 N. Line Street
Lansdale, PA 19446−1535

Debtor(s)

Case No: 17−18146−amc

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−1484
xxx−xx−6812

___

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

*NOTICE IS GIVEN THAT:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 7/23/18

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 4/23/18

50
Form 139