**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MICHAEL J. POLLACK and** | ) | **Case No. 17-18146-amc** |
| **ELAINE G. POLLACK,** | ) | |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

**CERTIFICATE OF NO RESPONSE**

On January 28, 2019, Gary F. Seitz, the Chapter 7 Trustee (the "Trustee") for the above-captioned debtor, filed the Motion of Gary F. Seitz, Chapter 7 Trustee for an Order Approving the Short Sale of Real Property Free and Clear of Liens, Claims, Interest and, Encumbrances (the "Motion"). On the same date, the Trustee filed a Notice of Motion. Responses to the Application were due on or before February 18, 2018. This Court's docket reflects that no objections were filed to the Motion. Additionally, no objections to the Motions have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Motion of Gary F. Seitz, Chapter 7 Trustee for an Order Approving the Short Sale of Real Property Free and Clear of Liens, Claims, Interest and, Encumbrances be entered at the Court's earliest convenience.

Dated: February 19, 2019

GELLERT SCALI BUSENKELL & BROWN LLC

By: */s/ Holly S. Miller*
Holly S. Miller (PA ID #203979)
Gary F. Seitz (PA ID #52865)
The Curtis Center
601 Walnut Street, Suite 750W
Philadelphia, PA 19106
Telephone: 215-238-0010
Facsimile: 215-238-0016
gseitz@gsbblaw.com
hsmiller@gsbblaw.com

*Counsel to the Chapter 7 Trustee*