United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 17-18146-amc
Michael J. Pollack                                             Chapter 7
Elaine G. Pollack
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Antoinett         Page 1 of 1          Date Rcvd: Feb 27, 2019
                             Form ID: pdf900        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2019.
db/jdb         #Michael J. Pollack,    Elaine G. Pollack,    2089 N. Line Street,    Lansdale, PA  19446-1535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2019                               Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2019 at the address(es) listed below:
```
          DANIEL P. MUDRICK    on behalf of Joint Debtor Elaine G. Pollack dpmudrick@verizon.net,
           G30229@notify.cincompass.com
          DANIEL P. MUDRICK    on behalf of Debtor Michael J. Pollack dpmudrick@verizon.net,
           G30229@notify.cincompass.com
          DAVID   BANKS    on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com
          GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net
          GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,    gfs@trustesolutions.net
          HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL J. POLLACK and ELAINE G. POLLACK, | Case No. 17-18146-amc |
| Debtors. | |

## ORDER

Upon consideration of the Motion (the "Motion") filed by Gary F. Seitz, Chapter 7 Trustee (the "Trustee) of the bankruptcy estate of Michael J. Pollack and Elaine G. Pollack, for the entry of an Order Authorizing the Trustee to Sell Real Property located at 2089 N. Line Street, Lansdale, PA 19446 (the "Real Property") Free and Clear of Liens, Claims and Interests Pursuant to Section 363(b) and (f) of Title 11 of the Bankruptcy Code, and the Court being satisfied that:

(i)   the sale of the Real Property is necessary and is in the best interest of the Trustee, Debtors, their creditors and their estates;

(ii)  the sale of the Real Property contemplated by the Motion being a sound exercise of the Trustee's business judgment and being in good faith;

(iii) the sale of the Real Property is the product of good faith, arm's length negotiations between the Trustee and Buyer.

(iv)  and appearing that notice of the Motion having been given to the Office of the United States Trustee, the Debtors, creditors and other notice parties;

(v)   and it appearing that no other notice need be given;

(vi)  this Court having jurisdiction over the Motion;

(vii) after any proceedings in respect of this matter; and

17

(viii)   sufficient cause appearing therefore, it is hereby:

ORDERED that pursuant to §§ 363(b) and (f) of the Bankruptcy Code, the Trustee is authorized and empowered to sell the Real Property, where is, as is, without representation, warranty, statement or guaranty whether express or implied, free and clear of interests (unless otherwise provided in the Motion), for due consideration pursuant to the Agreement of Sale, attached to the Motion as Exhibit A; and it is further

ORDERED, the Undisputed Liens (as defined in the Motion), the Broker Fee and typical closing costs may be paid at closing; and it is further

ORDERED, the Disputed Liens (as defined in the Motion) shall not be paid at closing and shall attach to the proceeds of the sale; and it is further

ORDERED that Pursuant to Bankruptcy Rules 6004(h), 7062 and 9014 this Order shall be effective and enforceable immediately upon entry, and the Trustee and the Buyer are authorized to close the Sale immediately upon entry of this Sale Order.  The stay required under Bankruptcy Rule 6004(h) and is hereby waived.

Dated:  Philadelphia, Pennsylvania

**February 27**, 2019

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE