# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MICHAEL J. POLLACK and** | ) | **Case No. 17-18146-amc** |
| **ELAINE G. POLLACK,** | ) | |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## CERTIFICATE OF NO RESPONSE

On March 11, 2019, Gary F. Seitz, the Chapter 7 Trustee (the "Trustee") for the above-captioned debtor, filed the Application of BK Global Real Estate Services for Compensation and Reimbursement of Expenses (the "Application "). On the same date, the Trustee filed a Notice of Application. Responses to the Application were due on or before April 1, 2019. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Motions have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Application of BK Global Real Estate Services for Compensation and Reimbursement of Expenses be entered at the Court's earliest convenience.

Dated: April 2, 2019

                                        GELLERT SCALI BUSENKELL & BROWN LLC

                                        By:  */s/ Holly S. Miller*
                                              Holly S. Miller (PA ID #203979)
                                              Gary F. Seitz (PA ID #52865)
                                              8 Penn Center
                                              1628 John F. Kennedy Blvd, Suite 1901
                                              Philadelphia, PA 19103
                                              Telephone: 215-238-0011
                                              Facsimile: 215-238-0016
                                              gseitz@gsbblaw.com
                                              hsmiller@gsbblaw.com
                                              *Counsel to the Chapter 7 Trustee*