## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 ) |
| MICHAEL J. POLLACK and ELAINE G. POLLACK, | ) Case No. 17-18146-amc ) |
| Debtors. | ) |

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of BK Global Real Estate Services, as Procurers of Consented Public Sale for the Trustee ("the Application"); it is ORDERED that the Application is hereby granted and it is further ORDERED that the fee in the amount of $17,340.00 and reimbursement of actual expenses in the amount of $0.00, for a total of $17,340.00, shall be allowed and authorized as a chapter 7 administrative expense claim and the Trustee is authorized to pay fee to BK Global Real Estate Services pursuant to §330 of the Bankruptcy Code.

**Date: April 4, 2019**

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE