United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-18146-amc
Michael J. Pollack                                                     Chapter 7
Elaine G. Pollack
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Apr 04, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.
db/jdb          #Michael J. Pollack,    Elaine G. Pollack,    2089 N. Line Street,    Lansdale, PA   19446-1535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:
              DANIEL P. MUDRICK    on behalf of Joint Debtor Elaine G. Pollack dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DANIEL P. MUDRICK    on behalf of Debtor Michael J. Pollack dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DAVID   BANKS   on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,   gfs@trustesolutions.net
              HOLLY SMITH MILLER    on behalf of Realtor    BK Global Real Estate Services hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHAEL J. POLLACK and | ) | Case No. 17-18146-amc |
| ELAINE G. POLLACK, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of BK Global Real Estate Services, as Procurers of Consented Public Sale for the Trustee ("the Application"); it is ORDERED that the Application is hereby granted and it is further ORDERED that the fee in the amount of $17,340.00 and reimbursement of actual expenses in the amount of $0.00, for a total of $17,340.00, shall be allowed and authorized as a chapter 7 administrative expense claim and the Trustee is authorized to pay fee to BK Global Real Estate Services pursuant to §330 of the Bankruptcy Code.

Date: April 4, 2019

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE