## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MICHAEL J. POLLACK and** | ) | **Case No. 17-18146-amc** |
| **ELAINE G. POLLACK,** | ) | |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## CERTIFICATE OF NO RESPONSE

On January 17, 2020, Gellert Scali Busenkell & Brown, LLC ("GSBB"), Counsel to the Chapter 7 Trustee (the "Trustee") for the above- captioned debtor, filed The First and Final Fee Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown, LLC as General Counsel (the "Application"). On the same date, the Trustee filed a Notice of Application. Responses to the Application were due on or before February 7, 2020. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Chapter 7 Trustee. Accordingly, GSBB requests that the order attached to the First and Final Fee Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown, LLC as General Counsel, be entered at the court's earliest convenience.

Dated: 2/12/2020

GELLERT SCALI BUSENKELL & BROWN, LLC

By:  */s/ Holly S. Miller*
  Holly S. Miller (PA ID #203979)
  Gellert Scali Busenkell & Brown LLC
  8 Penn Center
  1628 John F. Kennedy Blvd, Suite 1901
  Philadelphia, PA 19103
  Telephone: (215) 238-0012
  Facsimile: (215) 238-0016

hsmiller@gsbblaw.com
*Counsel to the Chapter 7 Trustee*