**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | **Chapter 7** |
| **MICHAEL J. POLLACK and ELAINE G. POLLACK,** | ) ) ) ) | **Case No. 17-18146-amc** |
| Debtors. | ) ) | |

## ORDER

Upon consideration of the *First and Final Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown LLC as Counsel to the Chapter 7 Trustee for the Period of December 21, 2017 through July 11, 2019* (the "Application"), it is hereby ORDERED that:

The Application shall be allowed and compensation to Gellert Scali Busenkell & Brown LLC shall be allowed and authorized as a chapter 7 administrative expense claim for services rendered in the amount of $11,484.00 and reimbursement of actual expenses in the amount of $465.94 incurred by Gellert Scali Busenkell & Brown LLC in rendering said services to the Trustee.

Dated: **February 18, 2020**

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE