UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | :     Chapter 7 |
| Michael J. Pollack and | : |
| Elaine G. Pollack | : |
| | :     Bankruptcy No. 17-18146-AMC |
| Debtors. | : |

# **O R D E R**

**AND NOW,** this 19th day of February, 2020, it is hereby **ORDERED** that the February 18, 2020 Order approving the First and Final Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown LLC as Counsel to the Chapter 7 Trustee for the Period of December 21, 2017 through July 11, 2019 is hereby **VACATED.**

_____
Ashely M. Chan
United States Bankruptcy Judge