IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 <br> ) <br> ) |
| MICHAEL J. POLLACK and <br> ELAINE G. POLLACK, | ) Case No. 17-18146-amc <br> ) <br> ) |
| Debtors. | ) <br> ) |

## ORDER

Upon consideration of the *First and Final Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown LLC as Counsel to the Chapter 7 Trustee for the Period of December 21, 2017 through July 11, 2019* (the "Application"), it is hereby ORDERED that:

The Application shall be allowed and compensation to Gellert Scali Busenkell & Brown LLC shall be allowed and authorized as a chapter 7 administrative expense claim for services rendered in the amount of $5,500.00 and reimbursement of actual expenses in the amount of $465.94 incurred by Gellert Scali Busenkell & Brown LLC in rendering said services to the Trustee.

Dated: February 19, 2020

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE