United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael J. Pollack  
Elaine G. Pollack  
    Debtors

Case No. 17-18146-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: TashaD        Page 1 of 1        Date Rcvd: Feb 19, 2020  
                                Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.  
db         #Michael J. Pollack,   2089 N. Line Street,   Lansdale, PA  19446-1535  
jdb        #Elaine G. Pollack,   2089 N. Line Street,   Lansdale, PA  19446-1535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:
        DANIEL P. MUDRICK   on behalf of Joint Debtor Elaine G. Pollack dpmudrick@verizon.net, G30229@notify.cincompass.com  
        DANIEL P. MUDRICK   on behalf of Debtor Michael J. Pollack dpmudrick@verizon.net, G30229@notify.cincompass.com  
        DAVID BANKS   on behalf of Creditor   Covenant Bank bbwlaw@yahoo.com  
        GARY F. SEITZ   gseitz@gsbblaw.com, gfs@trustesolutions.net;Jblackford@gsbblaw.com  
        GARY F. SEITZ   on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, gfs@trustesolutions.net;Jblackford@gsbblaw.com  
        HOLLY SMITH MILLER   on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com, agollmann@gsbblaw.com  
        HOLLY SMITH MILLER   on behalf of Realtor   BK Global Real Estate Services hsmiller@gsbblaw.com, agollmann@gsbblaw.com  
        HOLLY SMITH MILLER   on behalf of Attorney   GELLERT SCALI BUSENKELL & BROWN, LLC hsmiller@gsbblaw.com, agollmann@gsbblaw.com  
        KEVIN G. MCDONALD   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                       TOTAL: 11

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                         :
                                               :   Chapter 7
Michael J. Pollack and                         :
Elaine G. Pollack                              :
                                               :   Bankruptcy No. 17-18146-AMC
         Debtors.                              :
                                               :

## ORDER

**AND NOW,** this 19th day of February, 2020, it is hereby **ORDERED** that the February 18, 2020 Order approving the First and Final Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown LLC as Counsel to the Chapter 7 Trustee for the Period of December 21, 2017 through July 11, 2019 is hereby **VACATED.**

_____
Ashely M. Chan
United States Bankruptcy Judge