United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 17-18146-amc
Michael J. Pollack                                              Chapter 7
Elaine G. Pollack
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD          Page 1 of 1          Date Rcvd: Feb 19, 2020
                              Form ID: pdf900       Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db             #Michael J. Pollack,    2089 N. Line Street,    Lansdale, PA  19446-1535
jdb            #Elaine G. Pollack,    2089 N. Line Street,    Lansdale, PA  19446-1535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
        DANIEL P. MUDRICK    on behalf of Joint Debtor Elaine G. Pollack dpmudrick@verizon.net,
         G30229@notify.cincompass.com
        DANIEL P. MUDRICK    on behalf of Debtor Michael J. Pollack dpmudrick@verizon.net,
         G30229@notify.cincompass.com
        DAVID  BANKS    on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com
        GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;Jblackford@gsbblaw.com
        GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
         gfs@trustesolutions.net;Jblackford@gsbblaw.com
        HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com,
         agollmann@gsbblaw.com
        HOLLY SMITH MILLER    on behalf of Realtor    BK Global Real Estate Services hsmiller@gsbblaw.com,
         agollmann@gsbblaw.com
        HOLLY SMITH MILLER    on behalf of Attorney    GELLERT SCALI BUSENKELL & BROWN, LLC
         hsmiller@gsbblaw.com,   agollmann@gsbblaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
         bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                    TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | )  **Chapter 7** |
| | ) |
| **MICHAEL J. POLLACK and** | )  **Case No. 17-18146-amc** |
| **ELAINE G. POLLACK,** | ) |
| | ) |
| **Debtors.** | ) |
| | ) |

## ORDER

Upon consideration of the *First and Final Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown LLC as Counsel to the Chapter 7 Trustee for the Period of December 21, 2017 through July 11, 2019* (the "Application"), it is hereby ORDERED that:

The Application shall be allowed and compensation to Gellert Scali Busenkell & Brown LLC shall be allowed and authorized as a chapter 7 administrative expense claim for services rendered in the amount of $5,500.00 and reimbursement of actual expenses in the amount of $465.94 incurred by Gellert Scali Busenkell & Brown LLC in rendering said services to the Trustee.

Dated: February 19, 2020

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE