United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-18146-amc |
| Michael J. Pollack | Chapter 7 |
| Elaine G. Pollack | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 23, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\#       Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Michael J. Pollack, 2089 N. Line Street, Lansdale, PA 19446-1535 |
| jdb | # | Elaine G. Pollack, 2089 N. Line Street, Lansdale, PA 19446-1535 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020              Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. MUDRICK | on behalf of Joint Debtor Elaine G. Pollack dpmudrick@verizon.net G30229@notify.cincompass.com |
| DANIEL P. MUDRICK | on behalf of Debtor Michael J. Pollack dpmudrick@verizon.net G30229@notify.cincompass.com |
| DAVID BANKS | on behalf of Creditor Covenant Bank bbwlaw@yahoo.com |
| GARY F. SEITZ | gseitz@gsbblaw.com  gfs@trustesolutions.net |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net |

| | |
|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 23, 2020 | Form ID: pdf900 | Total Noticed: 2 |

HOLLY SMITH MILLER
 on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com  abrown@gsbblaw.com;agollmann@gsbblaw.com

HOLLY SMITH MILLER
 on behalf of Realtor BK Global Real Estate Services hsmiller@gsbblaw.com  abrown@gsbblaw.com;agollmann@gsbblaw.com

HOLLY SMITH MILLER
 on behalf of Attorney GELLERT SCALI BUSENKELL & BROWN  LLC hsmiller@gsbblaw.com, abrown@gsbblaw.com;agollmann@gsbblaw.com

KEVIN G. MCDONALD
 on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
 on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

### UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| MICHAEL J. POLLACK | :  Case No. 17-18146-AMC |
| ELAINE G. POLLACK | : |
| | :  Chapter 7 |
| | : |
| Debtors | : |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $3,187.50 is reasonable compensation for the services in this case by GARY F. SEITZ, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $96.50 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

**Date: December 22, 2020**

_____
Ashely M. Chan
United States Bankruptcy Judge

Dated: _____