United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-18146-amc |
| Michael J. Pollack | Chapter 7 |
| Elaine G. Pollack | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 12, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | \# | Michael J. Pollack, 2089 N. Line Street, Lansdale, PA 19446-1535 |
| jdb | \# | Elaine G. Pollack, 2089 N. Line Street, Lansdale, PA 19446-1535 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 14, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. MUDRICK | on behalf of Joint Debtor Elaine G. Pollack dpmudrick@verizon.net G30229@notify.cincompass.com |
| DANIEL P. MUDRICK | on behalf of Debtor Michael J. Pollack dpmudrick@verizon.net G30229@notify.cincompass.com |
| DAVID BANKS | on behalf of Creditor Covenant Bank bbwlaw@yahoo.com |
| GARY F. SEITZ | gseitz@gsbblaw.com gfs@trustesolutions.net |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 12, 2021 | Form ID: pdf900 | Total Noticed: 2 |

HOLLY SMITH MILLER
    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com  abrown@gsbblaw.com

HOLLY SMITH MILLER
    on behalf of Realtor BK Global Real Estate Services hsmiller@gsbblaw.com  abrown@gsbblaw.com

HOLLY SMITH MILLER
    on behalf of Attorney GELLERT SCALI BUSENKELL & BROWN  LLC hsmiller@gsbblaw.com, abrown@gsbblaw.com

KEVIN G. MCDONALD
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL J. POLLACK<br>ELAINE G. POLLACK | Bankruptcy No. 17-18146-AMC |
| Debtors | |

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,
DISCHARGING TRUSTEE, AND CLOSING ESTATE**

Upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

By the Court:

**Date: February 12, 2021**

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE